| | |
|---|---|
| EDWARD NATHRONIA BROWN AND SYLVIA DARLENE CURRIE | IN THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI DADE COUNTY |
| PLAINTIFFS, | |
| V. | CASE NO. |
| DATO KHELADZE AND QUALITY LOGISTIC LLC | FLORIDA BAR NO.1019747 |
| DEFENDANTS._____/ | |

## COMPLAINT FOR DAMAGES

**COME NOW**, Plaintiffs, EDWARD NATHRONIA BROWN and SYLVIA DARLENE CURRIE, by and through their undersigned counsel, and hereby sue Defendants, DATO KHELADZE and QUALITY LOGISTIC LLC**,** for damages and allege as follows:

1. This is an action for damages that exceed the jurisdictional amount of Thirty Thousand and One Dollars ($30,001.00), exclusive of interest, costs and attorney's fees, thereby invoking the subject matter jurisdiction of this Court.

2. At all times material to this Complaint, Plaintiff, EDWARD NATHRONIA BROWN, was a resident of Cumberland County, North Carolina.

3. At all times material to this Complaint, Plaintiff, SYLVIA DARLENE CURRIE, was a resident of Cumberland County, North Carolina.

4. At all times material to this Complaint, Defendant, DATO KHELADZE, was a resident of Kings County, New York.

5. At all times material to this Complaint, Defendant, QUALITY LOGISTIC LLC**,** was a Missouri Limited Liability Company doing business in the State of Florida, more specifically in Santa Rosa County.

6. Venue is proper in Miami- Dade County, Florida.

## COUNT I
### (NEGLIGENCE; EDWARD NATHRONIA BROWN AGAINST DATO KHELADZE)

Plaintiff adopts and re-alleges the allegations contained in paragraphs one (1) through six (6) of this Complaint as if fully incorporated herein and further states:

7. On or about August 9, 2020 Defendant, DATO KHELADZE, operated a motor vehicle at or near, SR-8 (INTERSTATE 10) IN AREA OF MILE MARKER 36 EASTBOUND, Santa Rosa, Florida, that was owned by Defendant, QUALITY LOGISTIC LLC.

8. At that time and place, Defendant, DATO KHELADZE, negligently operated and/or maintained the motor vehicle so that it collided with the vehicle Plaintiff, EDWARD NATHRONIA BROWN was traveling in.

9. As a direct and proximate result of the foregoing negligence, Plaintiff, EDWARD NATHRONIA BROWN, suffered bodily injuries and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care treatment, loss of earnings, loss of ability to earn money, and aggravation of previously existing conditions, property damage and loss of use of property. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, EDWARD NATHRONIA BROWN, by and through his undersigned counsel, prays for a judgment for damages against Defendants, DATO KHELADZE and QUALITY LOGISTIC LLC, and any other and further relief as this Court deems just and proper.

## COUNT II
### (VICARIOUS LIABILITY; EDWARD NATHRONIA BROWN AGAINST QUALITY LOGISTIC LLC)

Plaintiff adopts and re-alleges the allegations contained in paragraphs one (1) through nine (9) of the Complaint as if fully incorporated herein, and further states:

10. On or about August 9, 2020, Defendant QUALITY LOGISTIC LLC, owned a motor vehicle that was operated by Defendant DATO KHELADZE, at or near SR-8 (INTERSTATE 10) IN AREA OF MILE MARKER 36 EASTBOUND, Santa Rosa, Florida.

11. At all times material hereto, Defendant, DATO KHELADZE operated said automobile with the knowledge, permission, and consent of the owner of the vehicle, Defendant, QUALITY LOGISTIC LLC.

12. Under the Dangerous Instrumentality Doctrine, an owner who gives authority to another to operate the owner's vehicle, by either expressed or implied consent, has a non-delegable obligation to ensure that the vehicle is operated safely.

13. Defendant, QUALITY LOGISTIC LLC, is therefore vicariously liable for all injuries and damages sustained by Plaintiff, EDWARD NATHRONIA BROWN, as a result of the negligence of Defendant, DATO KHELADZE.

14. As a direct and proximate result of the foregoing negligence, Plaintiff, EDWARD NATHRONIA BROWN, suffered bodily injuries and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care treatment, loss of earnings, loss of ability to earn money, and aggravation of previously existing conditions, property damage and loss of use of property. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, EDWARD NATHRONIA BROWN, by and through his undersigned counsel, prays for a judgment for damages against Defendants DATO KHELADZE and QUALITY LOGISTIC LLC, and any other and further relief as this Court deems just and proper.

**COUNT III**
**(LOSS OF CONSORTIUM; EDWARD NATHRONIA BROWN AND SYLVIA DARLENE CURRIE AGAINST DATO KHELADZE)**

Plaintiffs adopt and re-allege the allegations contained in paragraphs one (1) through fourteen (14) of the Complaint as if fully incorporated herein, and further states:

15. At the time of the accident complained of in the Plaintiffs' Complaint, Plaintiffs, EDWARD NATHRONIA BROWN and SYLVIA DARLENE CURRIE were married and that the Plaintiffs continue to be married.

16. That as a result of the wrongful and negligent acts of the Defendant, DATO KHELADZE, the Plaintiffs were caused to suffer, and will suffer in the future, loss of consortium, loss of society, affection, assistance, and conjugal fellowship, all to the detriment of their marital relationship.

17. That all injuries and damages were caused solely and proximately by the negligence of Defendant, DATO KHELADZE.

**WHEREFORE**, the Plaintiffs, jointly as husband and wife, by and through their undersigned counsel, pray for a judgment for damages against Defendant DATO KHELADZE and any other and further relief as this Court deems just and proper.

**COUNT IV**
**(LOSS OF CONSORTIUM; EDWARD NATHRONIA BROWN AND SYLVIA DARLENE CURRIE AGAINST QUALITY LOGISTIC LLC)**

Plaintiffs adopt and re-alleges the allegations contained in paragraphs one (1) through seventeen (17) of the Complaint as if fully incorporated herein, and further states:

18. At the time of the accident complained of in the Plaintiffs' Complaint, the Plaintiffs, EDWARD NATHRONIA BROWN and SYLVIA DARLENE CURRIE were married and that the Plaintiffs continue to be married.

19. That as a result of the wrongful and negligent acts of the Defendant, the Plaintiffs were caused to suffer, and will suffer in the future, loss of consortium, loss of society, affection, assistance, and conjugal fellowship, all to the detriment of their marital relationship.

20. That all injuries and damages were caused solely and proximately by the negligence of the Defendant.

**WHEREFORE**, the Plaintiffs, jointly as husband and wife, by and through their undersigned counsel, pray for a judgment for damages against Defendant QUALITY LOGISTIC, LLC., and any other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiff hereby demands a trial by jury on all counts so triable as a matter of right together with all interrelated issues.

Pacin Levine, P.A.
*Attorneys for Plaintiff*
1150 NW 72nd Avenue, Suite 600
Miami, FL 33126
(305) 760-9085- Telephone
(786) 800-3611- Facsimile

By: *Signed electronically to avoid delay*
Claudia E. Perez, Esq.
Florida Bar No. 1019747
Pleadings Email: bipleadings@pl-law.com

, , • **Telephone:** • **Facsimile:**